# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **IN RE MARIA VISTA ESTATES,** <br> **A CALIFORNIA GENERAL PARTNERSHIP** <br><br> ERIK BENHAM, <br><br>      Appellant, <br><br>      v. <br><br> JERRY NAMBA, CHAPTER 7 TRUSTEE <br> and DON FIFE, CPA, <br><br>      Appellees. | CV NO. 2:13-05286-VBF <br><br><br><br><br><br> RULE 58 FINAL JUDGMENT |

Pursuant to the Court's Order issued this same date, final judgment is hereby entered in favor of both appellees and against appellant Erik Benham.

DATED: July 30, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE